CLARENCE O. GIBSON                                    NO. 24-KH-427

VERSUS                                               FIFTH CIRCUIT

JUDGE CORNELIUS E. REGAN                             COURT OF APPEAL

                                                    STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

September 25, 2024

Linda Wiseman
First Deputy Clerk

IN RE CLARENCE O. GIBSON

APPLYING FOR SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE R. CHRISTOPHER COX, III, DIVISION "B", NUMBER 07-6779

Panel composed of Judges Susan M. Chehardy,
Fredericka Homberg Wicker, and Jude G. Gravois

**WRIT DENIED**

In this writ application, relator, Clarence Gibson, seeks review of the trial court's August 28, 2024 orders, denying his Motion Requesting Decision of Motions Filed and his Motion to Correct Illegal Sentence. For the following reasons, we deny the writ application.

Relator was charged with aggravated rape of a known juvenile in violation of La. R.S. 14:42. In 2009, after a jury trial, he was convicted of the lesser included offense of sexual battery, in violation of La. R.S. 14:43.1, and sentenced to 25 years of imprisonment at hard labor. Relator's conviction and sentence were reviewed and upheld by this Court and the Louisiana Supreme Court. *State v. Gibson*, 09-486 (La. App. 5 Cir. 3/9/10), 38 So.3d 373, *writ denied*, 10-802 (La. 11/5/10), 50 So.3d 814.

24-KH-427

On August 13, 2024, relator filed a Motion Requesting Decision of Motions Filed, with the trial court, requesting copies of the trial court's rulings on several of his motions. On August 28, 2024, the trial court denied relator's request, stating, "In all orders, the Court has listed the defendant, at his present place of incarceration, as provided by the defendant in his filings, to be served with the Court's orders. No further relief is warranted." In addition, on August 14, 2024, relator filed a Motion to Correct Illegal Sentence raising a claim of double jeopardy and arguing that his sentence should be served in Jefferson Parish. On August 28, 2024, the trial court denied the motion, stating:

> As a matter of law, the Court cannot grant the requested relief. First, there is no showing of a double jeopardy violation. Furthermore, this Court does not have the authority to transfer inmates within the Department of Public Safety and Corrections ("DPSC"). The law provides that an individual shall be committed to the DPSC and not to any particular institution within the jurisdiction of the department. The director of corrections, not the Court, shall assign each newly-committed inmate to an appropriate penal or correctional facility. La R.S. 15:824(A).

On September 17, 2024, relator filed this writ application, entitled "Appeal," stating he made a verbal claim of innocence during his sentencing, but was unable to "immediately appeal" because the State filed a multiple offender bill of information. However, the relief relator seeks is unclear, considering relator previously filed an appeal and his conviction and sentence were affirmed on direct review. *See Gibson*, *supra*.

Relator has submitted copies of the trial court's August 28, 2024 rulings on his Motion Requesting Decision of Motions Filed and Motion to Correct Illegal Sentence with this Court. However, the writ application is silent as to whether, and on what grounds, he is seeking review of those rulings.

Additionally, the writ application is deficient, because it does not include an index of attachments, a statement of jurisdiction, a statement of the case, a list of

the issues presented, or a list of the assignments of error, as required by U.R.C.A., Rule 4-5(C). Relator has also failed to include copies of (1) each pleading on which the ruling was founded; (2) a notice of intent requesting a return date; and (3) an order from the trial court setting a return date for relator to file this writ application. *See* U.R.C.A., Rules 4-2, 4-3, and 4-5(C).

Moreover, relator's application includes a one-page diatribe containing offensive language and the use of homophobic slurs, in violation of U.R.C.A, Rule 2-12.2(B), which provides:

> The language used in the brief shall be courteous, free from vile, obscene, obnoxious, or offensive expressions, and free from insulting, abusive, discourteous, or irrelevant matter or criticism of any person, class of persons or association of persons, or any court, or judge or other officer thereof, or of any institution. Any violation of this Subsection shall subject the author, or authors, of the brief to punishment for contempt of court, and to having such brief returned.

This Court will not consider filings containing such language. We further caution relator that the use of such language in pleadings may subject him to punishment for contempt.

Considering relator's writ application is deficient, contains inappropriate language, and the relief sought is unclear, we deny this writ application.

Gretna, Louisiana, this 25th day of September, 2024.

**FHW**
**SMC**
**JGG**

3

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/25/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**24-KH-427**

**CURTIS B. PURSELL**
CLERK OF COURT

### E-NOTIFIED
24th Judicial District Court (Clerk)
R. Christopher Cox, III (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Clarence O. Gibson #366576 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054